(137 So. 914)

Benj. F. REYNOLDS et al. v. TALLAPOOSA LBR. CO.

6 Div. 904.

Supreme Court of Alabama.

Nov. 24, 1931.

PER CURIAM.

Appeal dismissed for want of prosecution.

(134 So. 915)

J. A. ROPER v. Thos. R. LEA, Judge, etc.

6 Div. 709.

Supreme Court of Alabama.

April 23, 1931.

PER CURIAM.

Appeal dismissed for want of prosecution.

(137 So. 914)

SAM JOY LAUNDRY v. Helen M. TEW.

1 Div. 616.

Supreme Court of Alabama.

Oct. 23, 1930.

PER CURIAM.

Petition dismissed by petitioner.

(135 So. 919)

Andrew SANDERS v. STATE.

2 Div. 974.

Supreme Court of Alabama.

June 25, 1931.

Locke & Moore, of Centerville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAYRE, J.

There is no bill of exceptions nor any error of record. The judgment and sentence of the trial court must be affirmed.

Affirmed.

All the Justices concur.